UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEWIS JASON ROBERTS,
MICHAEL STEPHEN TOTH
MARCOS LUIS VIDAL
BRENT MICHAEL VREELAND, and
BRADLEY JOSEPH HIESTAND,

      Defendants.
_____/

Case No. 1:04:CR:232

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed May 13, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendants' pleas of guilty to Count 1 of the Indictment is accepted, and Defendant Roberts' plea of guilty to Count 21 is also accepted. Defendants are adjudicated guilty.

3. Defendants Vreeland and Hiestand shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreements for Defendants Roberts, Vidal, Vreeland, and Hiestand will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: June 6, 2005                                           /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                                 UNITED STATES DISTRICT JUDGE